﻿Citation Nr: AXXXXXXXX
Decision Date: 11/14/18 Archive Date: 11/14/18

DOCKET NO. 180810-232
DATE: November 14, 2018
REMANDED
Entitlement to an evaluation for asthma in excess of 10 percent from October 7, 2007 to April 28, 2009 and from January 1, 2011 to April 14, 2011, in excess of 30 percent from April 15, 2011 to April 9, 2015, and in excess of 10 percent from April 10, 2015 to April 10, 2018 is remanded.
REASONS FOR REMAND
The Veteran served on active duty from January 2003 to July 2003, January 2005 to May 2005, October 2005 to September 2007, and from April 2009 to December 2010, with an additional period of inactive duty for training (INACDUTRA) from September 1997 to March 1998. 
This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a May 2018 rating decision by the Department of Veterans Affairs (VA). This case is originally on appeal from an April 2015 rating decision.
On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA’s decision on their claim to seek review. The Veteran chose to participate in VA’s test program RAMP, the Rapid Appeals Modernization Program. This remand has been written consistent with the new AMA framework.
The Board notes that the Veteran returned to active duty during the appeal period. As a result, the characterization of this issue excludes the Veteran’s period of active service. 
Evidence was added to the claim file during a period of time when new evidence was not allowed. Therefore, the Board may not consider this evidence. The Veteran may submit this evidence, along with a Supplemental Claim. If the new evidence is relevant, VA will issue another decision on the claim, considering the new evidence in addition to the evidence previously considered. Specific instructions for filing a Supplemental Claim are included with this remand. 
Entitlement to an evaluation for asthma in excess of 10 percent from October 7, 2007 to April 28, 2009 and from January 1, 2011 to April 14, 2011, in excess of 30 percent from April 15, 2011 to April 9, 2015, and in excess of 10 percent from April 10, 2015 to April 10, 2018 is remanded.
Prior to the April 2018 opt-in to RAMP, the Veteran stated that he received treatment. See April 2015 VA respiratory examination (stating that the Veteran received treatment from a primary care provider). The record reflects that the Veteran previously received treatment from private providers and VA for his disability. A remand is required to allow VA to obtain these records.
The matter is REMANDED for the following action:
1. The AOJ should obtain outstanding copies of VA treatment records for the Veteran’s disability.

2. The AOJ should obtain, if possible, records of all private evaluations and treatment the Veteran has received for his disability. 
 
E. I. VELEZ
Veterans Law Judge
Board of Veterans’ Appeals
ATTORNEY FOR THE BOARD J. Sandler, Associate Counsel